# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BOYES, FARINA & MATWICZYK, P.A.,**
Appellant,

v.

**GLENN SANDS** and **SUN HOLDINGS CAPITAL, LLC,**
Appellees.

No. 4D18-2741

[March 7, 2019]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502017CA004000XXXXMB.

John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellant.

Jerry K. McKim, of Wyland & Tadros, LLP, West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***